# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MICHELLE MAZIAR, | CIVIL ACTION FILE |
| Plaintiff, | NO. 1:21-cv-02172-SDG-CMS |
| v. | |
| CITY OF ATLANTA, GEORGIA; | |
| Defendant. | |

## NOTICE OF SETTLEMENT AND REQUEST TO STAY

Plaintiff Michelle Maziar and Defendant City of Atlanta, Georgia hereby notify the Court that the Parties have reached a settlement agreement in principle to resolve Plaintiff's claims and this litigation. The settlement requires approval by the City of Atlanta City Council and Mayor. Accordingly, the Parties request that this action be stayed for 60 days so that the settlement agreement can be finalized and settlement payments can be made. If for some reason, the settlement is not approved by Council and the Mayor, the Parties request that the case be placed back on a trial calendar at the Court's convenience. The Parties will file a dismissal of this action with prejudice upon payment of settlement proceeds. The Parties further request that this action be removed from the trial calendar and that all upcoming pre-trial deadlines be vacated. Because the Parties have reached a global resolution, the Parties request the Court take no action with respect to the City's Motion for

Reconsideration and Plaintiff's Fees and Expenses Petition. Docs. 159 and 161.

Respectfully submitted this 18th day of July, 2024.

| | |
|---|---|
| */s/ Eleanor M. Attwood (with permission)* | */s/ Jacob R. Dean* |
| Eleanor M. Attwood | Jacob R. Dean |
| Ga. Bar No. 514014 | Georgia Bar No. 180545 |
| emattwood@law-llc.com | deanj@gtlaw.com |
| Marissa R. Torgerson | Mellori E. Lumpkin-Dawson |
| Georgia Bar No. 848356 | Georgia Bar No. 358937 |
| mrtorgerson@law-llc.com | mellori.lumpkindawson@gtlaw.com |
| | |
| Legare, Attwood & Wolfe, LLC | Greenberg, Traurig, LLP |
| 125 Clairemont Ave., Ste 380 | Terminus 200, Suite 2500 |
| Decatur, GA 30030 | 3333 Piedmont Road, NE |
| Tel: 470-823-4000 | Atlanta, Georgia 30305 |
| Fax: 470-201-1212 | Telephone: (678) 553-2100 |
| | Facsimile: (678) 553- 2212 |
| Counsel for Plaintiff | Counsel for Defendant |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| MICHELLE MAZIAR, | ) | CIVIL ACTION FILE |
| | ) | NO. 1:21-cv-02172-SDG-CMS |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF ATLANTA, GEORGIA; | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on July 18, 2024, I electronically filed the foregoing **NOTICE OF SETTLEMENT AND REQUEST TO STAY** with the Clerk of Court using the CM/EFC system, which will automatically send email notification of such filing, along with a true and correct copy of the same, to the attorneys of record.

/s/ Jacob R. Dean